CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

Roy Koletsky, Esq., SBN 105938
Misoo Choi, Esq., SBN 276218
David D. Lee, Esq., SBN 318212
KOLETSKY, MANCINI, FELDMAN & MORROW
3460 Wilshire Boulevard, Eighth Floor
Los Angeles, California 90010
Telephone: (213) 427-2350
Facsimile: (213) 427-2366
Email: dlee@kmfm.com
Attorneys for Defendant,
Bean Brothers, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>BEAN BROTHERS, INC., a California Corporation<br><br>　　　Defendant. | Case No.: 2:20-cv-10524-MCS-E<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 7, 2021     CENTER FOR DISABILITY ACCESS


By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff


Dated: May 7, 2021     KOLETSKY, MANCINI, FELDMAN & MORROW


By: /s/ Misoo Choi
    Misoo Choi
    Attorney for Defendant
    Bean Brothers, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Misoo Choi, counsel for Bean Brothers, Inc., and that I have obtained authorization to affix her electronic signature to this document.

Dated: May 7, 2021                    CENTER FOR DISABILITY ACCESS

                                      By: /s/ Amanda Seabock
                                          Amanda Seabock
                                          Attorneys for Plaintiff